JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROBERT MUNCE, | Case No: 8:19-cv-01516-PLA |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: June 15, 2020

*Paul L. Abrams*

THE HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

-1-